Alden J. Parker (SBN 196808)
E-Mail: aparker@fisherphillips.com
Christopher S. Alvarez (SBN 294795)
E-Mail: calvarez@fisherphillips.com
David B. Witkin (SBN 344415)
E-Mail: dwitkin@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
GROCERY OUTLET INC.

Anthony J. Nunes (SBN 290224)
Nunes Law Group
15260 Ventura Blvd, Suite 1200
Sherman Oaks, CA 91403
Telephone (855) 422-5529
tony@nuneslawgroup.com

Attorneys for Plaintiff MAURSHAE SMITH, on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURSHAE SMITH, on behalf of herself and all others similarly situated,,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GROCERY OUTLET INC., a California corporation, doing business as Grocery Outlet, and DOES 1-10,<br><br>　　　　　Defendants. | Case No:   3:23-cv-03221-RS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Current Response Date: July 28, 2023<br>New Response Date: September 18, 2023<br><br>Complaint Filed: June 29, 2023<br>Trial Date: None Set |

Pursuant to Local Rule 6-2, Defendant GROCERY OUTLET INC. ("Defendant") and Plaintiff MAURSHAE SMITH ("Plaintiff"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on June 30, 2023, Plaintiff filed her Complaint in this matter;

WHEREAS, on July 7, 2023, Defendant was served with Plaintiff's Complaint;

WHEREAS, Plaintiff and Defendant have agreed to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint until September 18, 2023;

WHEREAS, on June 30, 2023, in it's Order Setting Initial Case Management Conference and ADR Deadlines [ECF 5], the Court set the following deadlines: last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and file ADR Certification signed by Parties; and Counsel by September 7, 2023; last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement by September 21, 2023; and Initial Case Management Conference on September 28, 2023 at 10:00 a.m.;

WHEREAS, an extension of the Initial Case Management Conference and ADR deadlines will allow the Parties to complete their investigation and to adequately try to resolve this matter free of further litigation and/or present their claims and defenses fully at trial;

WHEREAS, no pretrial conference or trial dates have been reset and the proposed extensions of pretrial discovery deadlines will not delay or prejudice the timely resolution of this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record as follows:

1. Defendant has until September 18, 2023 to file a response to Plaintiff's Complaint.

2. Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and file ADR Certification signed by Parties; and Counsel by November 9, 2023;

3. Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement by November 22, 2023;

///

///

///

4.  Initial Case Management Conference be rescheduled to November 30, 2023 at 10:00 a.m.

IT IS SO STIPULATED:

Dated:  August 18, 2023                FISHER & PHILLIPS LLP

By: */s/ David B. Witkin*
Alden J. Parker
Christopher S. Alvarez
David B. Witkin

Attorneys for Defendant
GROCERY OUTLET INC.

Dated:  August 18, 2023                NUNES LAW GROUP, APC

By: */s/ Anthony J. Nunes [as authorized on 8.18.23]*
Anthony J. Nunes

Attorneys for Plaintiff
MAURSHAE SMITH

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED as follows:

1. Defendant has until September 18, 2023 to file a response to Plaintiff's Complaint.

2. Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and file ADR Certification signed by Parties; and Counsel by November 9, 2023;

3. Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement by November 22, 2023;

4. Initial Case Management Conference be rescheduled to November 30, 2023 at 10:00 a.m.

DATED:  August 18, 2023                          By: _____
                                                      HONORABLE JUDGE RICHARD SEEBORG