UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURSHAE SMITH,

        Plaintiff,

   v.

GROCERY OUTLET INC.,

        Defendant.

Case No. 23-cv-03221-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **December 7, 2023.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 14, 2023**, **at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: October 19, 2023

_____
Richard Seeborg
Chief United States District Judge