Alden J. Parker (SBN 196808)
E-Mail: aparker@fisherphillips.com
Christopher S. Alvarez (SBN 294795)
E-Mail: calvarez@fisherphillips.com
David B. Witkin (SBN 344415)
E-Mail: dwitkin@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
GROCERY OUTLET INC., dba GROCERY OUTLET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURSHAE SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GROCERY OUTLET INC., a California corporation, doing business as Grocery Outlet, and DOES 1-10,<br><br>Defendants. | Case No: 3:23-cv-03221-RS<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES TO SHOW CAUSE; ORDER**<br><br>Complaint Filed: June 29, 2023<br>Trial Date: None Set |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff MAURSHAE SMITH's ("Plaintiff"), G & B GROCERS dba RANCHO CORDOVA GROCERY OUTLET *[erroneously sued as G & B GROCERS doing business as Grocery Outlet]* ("Defendant"), through their respective counsel of record, as follows:

WHEREAS, on October 19, 2023, the Court Ordered a Show Cause Hearing set for December 14, 2023, with responses due December 7, 2023 (ECF No. 16);

WHEREAS, on November 16, 2023, the Parties entered into a Settlement Agreement;

WHEREAS, pursuant to the terms of the Settlement Agreement, the settlement payment is due December 13, 2023;

WHEREAS, pursuant to the terms of the terms of the Settlement Agreement, Plaintiff will file a request for dismissal with prejudice three (3) days after tender of the settlement payment;

WHEREAS, to ensure the completion of the terms of the Settlement Agreement, the parties seek to continue the Order to Show Cause deadlines set forth in ECF No. 16;

WHEREAS, this Joint Stipulation is not entered into with the intent to delay;

WHEREAS, by continuing the Order to Show Cause deadlines set forth herein, there is no prejudice to any party;

WHEREAS, the parties desire to avoid unnecessary costs associated with these deadlines in accordance with the Settlement Agreement; and

WHEREAS, good cause exists for granting the Parties' request to extend the following deadlines.

NOW THEREFORE, the Parties respectfully request that the Court modify its Order to Show Cause, ECF No. 16, and continue the following deadlines:

| Event | Existing Deadline | Requested Deadline |
|---|---|---|
| Deadline to respond to Order to Show Cause | December 7, 2023 | December 21, 2023 |
| Order to Show Cause Hearing | December 14, 2023 | December 28, 2023, or on a date soon after that works with the Court's schedule |

///

IT IS SO STIPULATED.

DATE: December 7, 2023                    NUNES WORKER RIGHTS LAW, APC


By: */s/ Anthony J. Nunes*
    Anthony J. Nunes

    Attorneys for Plaintiff
    MAURSHAE SMITH


Dated: December 7, 2023                   FISHER & PHILLIPS LLP


By: */s/ David B. Witkin*
    Alden J. Parker
    Christopher S. Alvarez
    David B. Witkin

    Attorneys for Defendant
    G & B GROCERS dba RANCHO CORDOVA
    GROCERY OUTLET *[erroneously sued as
    G & B GROCERS doing business as
    Grocery Outlet]*

# **ORDER**

Having read and considered the Parties' Joint Stipulation, for good cause appearing, IT IS HEREBY ORDERED as follows:

1. Deadline to respond to Order to Show Cause: December 28, 2023; and

2. Order to Show Cause Hearing: January 4, 2024.

**IT IS SO ORDERED.**

DATED: 12/7/2023

HON. RICHARD SEEBORG