Alden J. Parker (SBN 196808)
E-Mail: aparker@fisherphillips.com
Christopher S. Alvarez (SBN 294795)
E-Mail: calvarez@fisherphillips.com
David B. Witkin (SBN 344415)
E-Mail: dwitkin@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
GROCERY OUTLET INC.

Anthony J. Nunes (SBN 290224)
Nunes Law Group
15260 Ventura Blvd, Suite 1200
Sherman Oaks, CA 91403
Telephone (855) 422-5529
tony@nuneslawgroup.com

Attorneys for Plaintiff MAURSHAE SMITH, on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURSHAE SMITH, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>GROCERY OUTLET INC., a California corporation, doing business as Grocery Outlet, and DOES 1-10,<br><br>                Defendants. | Case No: 3:23-cv-03221-RS<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER**<br><br>Complaint Filed: June 29, 2023<br>Trial Date: None Set |

Plaintiff MAURSHAE SMITH ("Plaintiff"), Defendant GROCERY OUTLET INC. ("Defendant") (collectively "the Parties"), by and through their counsel of record, hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this entire action be dismissed with prejudice.

### RECITALS

WHEREAS, on June 30, 2023, Plaintiff filed the action styled *Maushae Smith v. Grocery Outlet, Inc.*, in United States District Court Northern District of California, Case No. 3:23-cv-03221-RS;

WHEREAS, the Parties have agreed to resolve the action through a Settlement Agreement and General Release, fully executed on November 16, 2023 (the "Agreement"); and

WHEREAS, the Parties seek dismissal of this entire action and all claims with prejudice to comply with the Agreement.

### STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as follows:

1. The action, and all claims therein, is dismissed with prejudice as to Plaintiff Maurshae Smith, in its entirety, and without prejudice to the remaining aggrieved employees, if any; and

2. Each party shall bear its and/or her own respective attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: December 29, 2023        NUNES LAW GROUP, APC

                                By: */s/ Anthony J. Nunes [as authorized on 12/29/2023]*
                                    Anthony J. Nunes

                                Attorneys for Plaintiff
                                MAURSHAE SMITH

Dated: December 29, 2023        FISHER & PHILLIPS LLP

                                By: */s/ David B. Witkin*
                                    Alden J. Parker
                                    Christopher S. Alvarez
                                    David B. Witkin

                                Attorneys for Defendant
                                GROCERY OUTLET INC.

**ORDER**

Pursuant to stipulation of the Parties, and for good cause shown, the above-captioned action shall be dismissed with prejudice, as to Plaintiff Maurshae Smith, in its entirety, and without prejudice to the remaining aggrieved employees, if any, as to all claims brought by Plaintiff against all Defendants.

IT IS SO ORDERED

Dated: January 2, 2024

_____
HON. RICHARD SEEBORG
United States District Court Judge